IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEVIN DENNIS WILSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CV 20-152-BLG-TJC<br><br>**ORDER** |

Defendant has filed an unopposed motion for extension of time to file a responsive brief. (Doc. 18.) Good cause appearing, **IT IS ORDERED** that Defendant's responsive brief shall be filed no later than September 17, 2021. Plaintiff's reply brief, if any, must be filed within fourteen (14) days after Defendant's response brief is filed.

DATED this 14th day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge